United States Bankruptcy Court
Southern District of Mississippi

In re:

ELBANY DESHUN WILLIAMS

WILLIE D. WILLIAMS

    Debtors

Case No. 22-50109-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: mssbad          Page 1 of 2

Date Rcvd: May 14, 2026          Form ID: pdf012          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

**Recip ID**          **Recipient Name and Address**
db/jdb          + ELBANY DESHUN WILLIAMS, WILLIE D. WILLIAMS, 368 Monroe Rd, Hattiesburg, MS 39401-9761

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

**Name**          **Email Address**

David Rawlings

         ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings

         on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo

         on behalf of Joint Debtor WILLIE D. WILLIAMS jennifer@therollinsfirm.com
         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

         on behalf of Debtor ELBANY DESHUN WILLIAMS jennifer@therollinsfirm.com
         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr

         on behalf of Joint Debtor WILLIE D. WILLIAMS trollins@therollinsfirm.com
         jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                                  User: mssbad                                  Page 2 of 2
Date Rcvd: May 14, 2026                         Form ID: pdf012                                  Total Noticed: 1

                                 nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                                 on behalf of Debtor ELBANY DESHUN WILLIAMS trollins@therollinsfirm.com
                                 jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                 nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                                 USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

                                 on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LP BlacksherW@aol.com,
                                 debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net


TOTAL: 8

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                           BANKRUPTCY CASE NO.
ELBANY DESHUN & WILLIE D WILLIAMS                  22-50109 KMS


### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#42) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)  The Trustee's Motion to Dismiss is hereby denied.

(B)  The present default in payment into the debtors' plan is deferred, and the plan payments will increase if necessary. Debtors agree to resume making full, regular, timely payments to the Trustee, with the next payment due on or before June 11, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C) The debtors must at all times keep the Trustee fully advised regarding the debtors' home address and the name and address of the debtors' employer.

##END OF ORDER##


SUBMITTED BY:                              AGREED:


/s/ DAVID RAWLINGS, TRUSTEE            /s/  THOMAS C. ROLLINS, JR
P.O. BOX 566                                    Attorney for Debtor
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net